| Trustee Name, Address, Phone, Fax, Email: | |
|---|---|
| Ronald K. Kotoshirodo, Esq.<br>Attorney At Law * A Law Corporation<br>76 N. King Street, Suite 209<br>Honolulu, Hawaii 96817<br>Telephone: (808) 545-7700<br>Fax: (808) 545-7100<br>E-mail: rkotoshirodo@hawaii.rr.com | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
| Debtor(s): MIYATA, HERBERT TAKASHI<br>MIYATA, CAROL DIANNE | Case No.: 04-02752<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 9852.94 |
|---|---|

[List claimants for unclaimed funds below - attach continuation sheets if necessary.]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 2 | Multnomah Publishers<br>Attn: Kevin Detweiler<br>P.O. Box 1720<br>Sisters, OR 97759 | $ 114.93 |
| 5 | Westscott Marketing<br>2611 Zyion Ave. South<br>St. Louis Park, MN 55426 | $ 89.31 |
| 21 | Word Entertainment<br>25 Music Sq. West<br>Nashville, TN 37203 | $ 433.01 |
| 25 | Quiet Storm<br>46-148 Kahuhipa St. #101<br>Kaneohe, HI 96744 | $ 58.94 |

Dated: January 20, 2009

/s/
Trustee

hib_301ntc     2/07     [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 36 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $ 7,558.71 |
| 39 | Daniel Durbec<br>1216 Kuokoa St.<br>Pearl City, HI 96782 | $ 14.73 |
| 41 | Tyndale House Publ<br>P.O. Box 853<br>Wheaton, IL 60189 | $ 1,583.31 |