

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250L, Honolulu, HI 96813

| Debtor: | Miyata, Herbert Takashi | Case No.: | 04-02752 |
|---|---|---|---|
| Joint Debtor: *(if any)* | Miyata, Carol Dianne | Chapter: | 7 |

## APPLICATION FOR UNCLAIMED FUNDS

### 1. Claim Information

Application is hereby made for disbursement of the following previously unclaimed funds on deposit with the court for the benefit of the claimant named below.

| Amount: | $1,583.31 |
|---|---|
| Claimant's Name: | Tyndale House Publishers |
| Claimant's Address: (at time claim was made) | PO Box 853, Wheaton, IL 60189 <br><br> *Provide documentation that Claimant resided or did business at this address. |
| Claimant's Current Address: (if different from above) | 351 Executive Dr., Carol Stream, IL 60188 |
| Last 4 digits of Claimant's SSN or Complete EIN | 93-0603683 |

### 2. Applicant Information

The applicant is:

☐ The individual claimant named above. Photo identification is attached.

☐ An individual authorized to act on behalf of the corporation, partnership, limited liability company, or other artificial entity named above. Documentation showing authority to make this application is attached.

☒ The legal representative of the claimant named above. An original, notarized power of attorney is attached, or, if the claimant is deceased, a certified copy of a letter of administration or probated will is attached.

☐ The successor in interest to the claimant named above. Documentation showing entitlement to the funds through amendment, merger, or dissolution is attached.

hib_3011-1  (1/09)

## 3. Service on United States Attorney

The undersigned understands that a copy of this application and supporting documentation must be sent to the United States Attorney at the following address:

Office of the United States Attorney
District of Hawaii
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850.

## 4. Declaration

The undersigned declares, under penalty of perjury, that the information contained in this application and any accompanying documentation is true and correct. I also understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $250,000, or imprisoned not more than 5 years if I have knowingly and fraudulently made any false statements in this document or provided false documentation as part of this application.

| 4/21/09 | [signature] | Peter R. Butler |
|---|---|---|
| Date | Signature of Applicant | Printed Name of Applicant |

Phone: 530-544-3851         Address: El Dorado Locators

Email: prbtahoe@aol.com              2521 Cold Creek Trail

                                     South Lake Tahoe, CA 96150

## 5. Notarization

STATE OF California, COUNTY OF El Dorado

This 2-page Application for Unclaimed Funds, dated 4/21/2009, was subscribed and sworn to before me this 21 April day of 20 09 by Peter R. Butler, who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

ANGELA JARA
Commission # 1725642
Notary Public - California
El Dorado County
My Comm. Expires Feb 17, 2011

Notary Public [signature: Angela Jara]

My commission expires on: 02/17/2011

This application may be filed with the court at the following address:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250L
Honolulu, HI 96813.

hib_3011-1   (1/09)

# LIMITED POWER OF ATTORNEY

LIMITED TO ONE TRANSACTION ONLY

I/we, the undersigned, affirm my/our authority to sign this document on behalf of **Tyndale House Publishers, Inc.**

Under this authority, in order to receive certain funds owed according to public records, and acknowledging that these funds, whether held as excess proceeds from sale of assets or as outstanding, or over-aged warrants, dividends, stale-dated checks, or bankruptcy proceeds, that are collectible by **Tyndale House Publishers, Inc.** as owner or payee directly thereof, **DOES HEREBY APPOINT**

**El Dorado Locators / Peter R. Butler, 2521 Cold Creek Trail, South Lake Tahoe, CA 96150**

as my/our Agent and true and lawful Attorney-in-Fact, to act in my/our name and place, and for my/our benefit and on my/our behalf with limited authority and power to do the following:

A: Seek recovery of the uncashed, stale-dated, unclaimed or undelivered funds held by the United States Bankruptcy Court, District of Hawaii, in the amount of **$1,583.31**. The funds are related to Case # 04-02752, Debtors: Herbert Takashi Miyata and Carol Dianne Miyata, Creditor: Tyndale House Publishers, Inc.

B: Secure, by all means convenient and lawful, the re-issuance and/or possession of the funds described above. To accomplish this limited purpose, I/we give **El Dorado Locators / Peter R. Butler** the authority to sign, execute, acknowledge, and deliver the required claim affidavits, petitions, and any other documents reasonably requested, and subsequently to obtain any and all documentation regarding the disposition of the warrant after it is delivered. In no case shall this Attorney-in-Fact or their appointees incur any financial obligation or expense on my/our behalf.

Date: April 14, 2009

Printed Name: Paul Mathews

Signature: Paul Mathews

Title: Executive VP / CFO

Company: Tyndale House Publishers, Inc.

Address: 351 Executive Drive, Carol Stream, Illinois 60188

Phone No. 630-784-5226

Tax ID No. 93-0603683

**\*\*\*\*\*\*\*\*\*\*Signature Must Be Notarized\*\*\*\*\*\*\*\*\*\***

"OFFICIAL SEAL"
Diane Shurtleff
Notary Public, State of Illinois
My Commission Expires 01/27/11

4-14-09



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250L, Honolulu, HI 96813

| Debtor: Miyata, Herbert Takashi | Case No.: **04-02752** |
|---|---|
| Joint Debtor: (if any) Miyata, Carol Dianne | Chapter: **7** |

## APPROVAL OF APPLICATION FOR UNCLAIMED FUNDS

Name of Claimant: Tyndale House Publishers

| Applicant's Name and Address: (Check will be sent to this address) | Peter R. Butler<br>El Dorado Locators<br>2521 Cold Creek Trail<br>South Lake Tahoe, CA 96150 |
|---|---|

### VERIFICATION OF FUNDS ON DEPOSIT

The court's financial records indicate that funds in the following amount are being held for the claimant named above:

4/24/09
Date

Deputy Clerk

$ 1583.31

### STATEMENT BY UNITED STATES ATTORNEY

The undersigned is authorized to make this statement on behalf of the United States Attorney for the District of Hawaii. The United States Attorney has no objection to the payment of unclaimed funds to the applicant named above.

4/30/09
Date

for the United States Attorney

DERRICK WATSON
Name and Title
CHIEF, CIVIL DIVISION

### ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse the above amount of funds to the applicant named above.

MAY 0 5 2009
Date

United States Bankruptcy Judge

hib_3011-1  (1/09)

# Tyndale House Publishers

351 Executive Drive Box 80 Wheaton, Illinois 60189 Tel. (630) 668-8300
Direct Payments to: Box 853, Wheaton, Illinois 60189

## STATEMENT OF ACCOUNT

| OPEN ITEM STATEMENT OF ACCOUNT AS OF | YOUR ACCOUNT NUMBER |
|---|---|
| 11/30/04 | 4331 |

**IMPORTANT!** WHEN PAYING PLEASE
- RETURN ONE COPY OF EACH INVOICE BEING PAID, OR
- RETURN THIS STATEMENT WITH THE INVOICES BEING PAID CHECKED OFF, OR
- LIST THE INVOICES BEING PAID ON YOUR CHECK OR REMITTANCE ADVICE

1½% SERVICE CHARGE ON OVERDUE ACCOUNT

BALANCE FROM PREVIOUS STATEMENT:

THE MASTERS SHOPPE
9860 SOUTHERN BLVD
WEST PALM BEACH  FL  33411

PAGE NO. 1

PAYMENT IS DUE IN OUR OFFICE ON THE DUE DATE TO RETAIN A PROMPT PAYMENT RECORD

| INVOICE OR REFERENCE NUMBER | SHIP-TO REFERENCE NUMBER | DESCRIPTION INVOICE: P.O. NO. PAYMENT: CHECK NO. | TRANSACTION DATE | AGING BUCKET | PAYMENT DUE DATE | CODE | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1438735 | 4331 | 112602 | 12/02/02 | 5 | 01/31/03 | I | 152.93 | 116.?? |
| 1438712 | 4331 | 112602 | 12/03/02 | 5 | 02/01/03 | I | 713.28 | 713.28 |
| 3106435 | 4331 | 9AWH-1438712 | 12/10/02 | | 01/09/03 | C | -26.00 | -26.00 |
| 5813195 | 4331 | FINANCE CHARGE | 02/28/03 | 5 | 03/30/03 | F | 3.90 | ?? |
| 8012162 | 4331 | FINANCE CHARGE | 03/31/03 | 5 | 04/30/03 | F | 14.60 | ?? |
| 8034553 | 4331 | FINANCE CHARGE | 04/30/03 | 5 | 05/30/03 | F | 12.05 | 12.05 |
| 8048214 | 4331 | FINANCE CHARGE | 05/31/03 | 5 | 06/30/03 | F | 12.05 | 12.05 |

PLEASE NOTE: ORDERS MAY BE PLACED ON HOLD IF YOUR ACCOUNT IS PAST DUE.

| 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 846.14 | ▶ 846.14 ◀ |
| EXTENDED TERMS | CURRENT | | | | PLEASE PAY THIS AMOUNT |

| 6 | | |
|---|---|---|
| .00 | CODES: | *THE DOLLARS IN EXTENDED TERMS ARE **NOT** INCLUDED IN THE AMOUNT NOW DUE. |
| CONTESTED | I- INVOICE    GL- GENERAL LEDGER | |
| | P- APPLIED PAYMENT    U- UNAPPLIED PAYMENT | |
| | C- CREDIT MEMO    X- DEDUCTION | |

*Thank you for your business!*

FORM B10 (Official Form 10)(4/04)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| Name of Debtor<br>Herbert Takashi Miyata<br>Carol Dianne Miyata | Case Number<br>04-02752 |
|---|---|

2005 FEB 22 AM 10: 24

**Name of Creditor:**
Tyndale House Publ
Name and Address where notices should be sent:

Tyndale House Publ
P.O. Box 853
Wheaton, IL 60189-0853

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FOR COURT USE ONLY**

Telephone Number: 800-323-9400

Account or other number by which creditor identifies debtor:
12559

Check here if this claim ☐ replaces  a previously filed claim, dated _____
                         ☐ amends

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last 4 digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
       (date)         (date)

**2. Date debt was incurred:**
04/20/04-10/31/04

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $5696.94 _____ [unsecured portion] $0.00 _____ [secured portion]

$0.00 _____ [priority portion].    **Total Amount of the Claim:** $5696.94 _____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $5696.94 _____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date:<br>2/16/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>x /s/ Debbie Klocke    Debbie Klocke / Asst. Credit Manager | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ORIGINAL

# Tyndale House Publishers

351 Executive Drive Box 80 Wheaton, Illinois 60189 **Tel. (630) 668-8300**
Direct Payments to: Box 853, Wheaton, Illinois 60189

## STATEMENT OF ACCOUNT

| OPEN ITEM STATEMENT OF ACCOUNT AS OF | YOUR ACCOUNT NUMBER |
|---|---|
| 02/16/05 | 12559 |

**IMPORTANT!** WHEN PAYING, PLEASE
• RETURN ONE COPY OF EACH INVOICE BEING PAID, OR
• RETURN THIS STATEMENT WITH THE INVOICES BEING PAID CHECKED OFF, OR
• LIST THE INVOICES BEING PAID ON YOUR CHECK OR REMITTANCE ADVICE

1½% SERVICE CHARGE ON OVERDUE ACCOUNT

BALANCE FROM PREVIOUS STATEMENT:

GIVING TREE
1000 KAM HWY
PEARL CITY HI 96782

PAGE NO. 1

**PAYMENT IS DUE IN OUR OFFICE ON THE DUE DATE TO RETAIN A PROMPT PAYMENT RECORD**

| INVOICE OR REFERENCE NUMBER | SHIP TO REFERENCE NUMBER | DESCRIPTION INVOICE: P.O. NO. PAYMENT: CHECK NO. | TRANSACTION DATE | AGING BUCKET | PAYMENT DUE DATE | CODE | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 8202264 | 12559 | AUTO | 04/20/04 | 5 | 06/19/04 | I | 221.91 | 221.91 |
| 8212761 | 12559 | AUTO | 05/12/04 | 5 | 07/11/04 | I | 235.30 | 235.30 |
| 8223440 | 12559 | AUTO | 06/07/04 | 5 | 08/06/04 | I | 306.86 | 306.86 |
| 8228743 | 12559 | 0405268491 | 06/17/04 | 5 | 09/15/04 | I | 4416.59 | 4416.59 |
| 8236865 | 12559 | AUTO | 07/07/04 | 5 | 09/05/04 | I | 153.50 | 153.50 |
| 8243888 | 12559 | AUTO | 07/27/04 | 5 | 09/25/04 | I | 156.26 | 156.26 |
| 8245548 | | FINANCE CHARGE | 07/31/04 | 5 | 08/30/04 | F | 45.95 | 45.95 |
| 8261150 | | FINANCE CHARGE | 09/01/04 | 5 | 10/01/04 | F | 45.43 | 45.43 |
| 8278589 | | FINANCE CHARGE | 10/01/04 | 5 | 10/31/04 | F | 32.78 | 32.78 |
| 8295056 | | FINANCE CHARGE | 10/31/04 | 5 | 11/30/04 | F | 82.36 | 82.36 |

**PLEASE NOTE: ORDERS MAY BE PLACED ON HOLD IF YOUR ACCOUNT IS PAST DUE.**



| | | | | | 5696.94 | ▶ 5696.94 ◀ |
|---|---|---|---|---|---|---|
| EXTENDED TERMS | CURRENT | | | | | PLEASE PAY THIS AMOUNT |
| | CODES | | | | | |
| | I- INVOICES | GL GENERAL LEDGER | | | | |
| | P- APPLIED PAYMENT | U- UNAPPLIED PAYMENT | | | | |
| CONTESTED | C- CREDIT MEMO | X DEDUCTION | | | | |

*Thank you for your business!*

*Trustee Name, Address, Phone, Fax, Email:*

Ronald K. Kotoshirodo, Esq.
Attorney At Law * A Law Corporation
76 N. King Street, Suite 209
Honolulu, Hawaii 96817
Telephone: (808) 545-7700
Fax: (808) 545-7100
E-mail: rkotoshirodo@hawaii.rr.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

Debtor(s): **MIYATA, HERBERT TAKASHI**
**MIYATA, CAROL DIANNE**

Case No.: **04-02752**

Chapter 7

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:    **$ 9852.94**
This amount represents unclaimed funds on the claim(s) listed below.

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 2 | Multnomah Publishers<br>Attn: Kevin Detweiler<br>P.O. Box 1720<br>Sisters, OR 97759 | $ 114.93 |
| 5 | Westscott Marketing<br>2611 Zyion Ave. South<br>St. Louis Park, MN 55426 | $ 89.31 |
| 21 | Word Entertainment<br>25 Music Sq. West<br>Nashville, TN 37203 | $ 433.01 |
| 25 | Quiet Storm<br>46-148 Kahuhipa St. #101<br>Kaneohe, HI 96744 | $ 58.94 |

Dated: January 20, 2009

/s/
_____
Trustee

hib_3011ntc    2/07    [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 36 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $ 7,558.71 |
| 39 | Daniel Durbec<br>1216 Kuokoa St.<br>Pearl City, HI 96782 | $ 14.73 |
| 41 | Tyndale House Publ<br>P.O. Box 853<br>Wheaton, IL 60189 | $ 1,583.31 |